**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DeMONT R. D. CONNER,

Petitioner,

v.

TIMOTHY O'DELL,

Respondent.

Civil No. 00-2434 (ADM/ESS)

**ORDER**

The above-entitled matter comes before the Court upon Respondent's Ex Parte Motion for Extension of Time in which to file an answer in the above-entitled matter. The Court finds that good cause has been shown to grant Respondent's motion, and, therefore,

**IT IS HEREBY ORDERED that:**

1. Respondent's motion [Docket No. 6] is granted, and Respondent shall have until January 24, 2000, to serve and file a response in the above-entitled matter.

Dated: Dec. 29, 2000

E. S. Swearingen

E. S. SWEARINGEN
United States Magistrate Judge

DEC 2 9 2000