UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DeMONT R.D. CONNER,

Petitioner, ORDER

v. Civil No. 00-2434

TIMOTHY O'DELL,

Respondent.

---

Based upon the Findings of Fact, Conclusions of law, and Recommendation of United States Magistrate Judge E.S. Swearingen dated March 2, 2001, all the files and records herein, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED THAT:

1. Petitioner's application for writ of habeas corpus relief (Docket No. 3) is DENIED; and

2. This action is DISMISSED WITH PREJUDICE.

Dated: March 21, 2001

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

FILED MAR 2 1 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK